UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARIA FIGUEROA, INDIVIDUALLY AND AS      CV 99-7191
MOTHER AND NATURAL GUARDIAN OF
LUIS MONTERO CAMPOS,     ~~GLASSER,~~ J.
    LEVY, M.J.

                          Plaintiffs,     **~~PROPOSED~~ INFANT**
    **COMPROMISE ORDER**

  -against-

MARIE BORDEAU and RONALD ROSEMAY,

                        Defendants.
------------------------------------------------------------------X

       Upon reading and filing the Petition of Plaintiff, Maria Figueroa, m/n/g of Luis Montero Campos, duly sworn on October __, 2004, the affirmation of YOHAN CHOI, Esq., dated October 23, 2004, and it appearing that the infant-petitioner is currently sixteen (16) years of age, having been born on March 17, 1988, and it appearing in the best interests of the infant will be served;

       NOW, on Motion of YOHAN CHOI, the attorney for the Plaintiffs, it is hereby;

       **ORDERED**, that Maria Figueroa, mother and natural guardian of Luis Montero Campos, an infant, is hereby authorized and empowered and directed to enter into a compromise of the infant's cause of action herein upon the following terms:

       That the Defendants pay the sum of $16,000 in full settlement of this matter with $5,333.00 being attributed to the attorney's fees of YOHAN CHOI, Esq., as full and fair compensation of services rendered to the Plaintiffs herein, inclusive of no disbursements and it is further,

       **ORDERED**, that the balance of the said settlement, to wit: the sum of $10,667.00 to be

paid to Maria Figueroa, as the mother and natural guardian of the infant, Luis Montero Campos, to be held jointly with the officer of the bank, for the sole benefit of the said infant, to be deposited in _Washington Mutual_ Bank, located at _555 N. Congress Ave., Boynton Beach, Fl, 33426_, in the guardian's name to the credit of the said infant in an account upon the following terms and conditions:

(1) That the said account shall be fully insured at all times;

(2) That the said funds shall be deposited in an account having the highest yield available, irrespective of whether it be a savings account, a certificate of deposit, or other form of time deposit, subject to the limitations contained herein; and

(3) That if all or part of the said funds are deposited in the savings certificate or other forms of time deposit, the date of maturity of the said deposits shall be the date the Plaintiff attains the age of eighteen (18) years, that date being on March 17, 2006, and upon the maturity of the said deposit, the said funds shall be reinvested in some form of account to the end that the said funds shall continue to draw interest at the highest available yield, and it is further,

**ORDERED**, that the said bank shall, at the infant's demand therefore, without further court order, pay to the infant when she reaches the age of eighteen (18) years, all monies so held (upon proof of age), and is further,

**ORDERED**, that conditioned upon compliance with the terms of this ORDER, the mother be and hereby is authorized and empowered to execute and deliver a General Release and any other instruments necessary to effectuate the settlement herein, and that the filing of the bond is hereby waived.

ENTER:

_____

Hon. Robert M. Levy   10/29/04

3